466 A.2d 1347

**COMMONWEALTH of Pennsylvania**

v.

**Robert RIEBOW, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 28, 1983.

Decided Nov. 7, 1983.

Joel W. Todd, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Mariana Sorensen, Asst. Dist. Attys., Philadelphia, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

Judgments of Sentence Affirmed.